# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2221
_____

ROLANDO ANDRADE,

   Appellant,

   v.

SHELL OIL COMPANY, and SHELL
OIL COMPANY/ESIS WC CLAIMS,

   Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Geraldine B. Hogan, Judge.

Date of Accident:  September 6, 1985.

March 6, 2018

PER CURIAM.

   AFFIRMED.

ROBERTS, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Erik B. Grindal of Law Office of Erik B. Grindal, Miami, Mark A. Touby of Touby, Chait & Sicking, P.L., Coral Gables, and Wendy S. Loquasto of Fox & Loquasto, P.A., Tallahassee, for Appellant.

John E. McLain, III, and Elise J. Geibel of Rissman, Barrett, Hurt, Donahue, McLain & Mangan, P.A., Orlando, for Appellees.